IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Joseph Golbeck and Scott Reichel,

Plaintiffs,

v.

Village of Hoffman Estates, Ted Bos, Kathryn Cawley, and Gregory Poulos,

Defendants.

Case No. 21-cv-04516
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Village of Hoffman Estates, Ted Bos, Kathryn Cawley, and Gregory Poulos
and against plaintiffs Joseph Golbeck and Scott Reichel.
Defendants shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date:  8/7/2023                                    Thomas G. Bruton, Clerk of Court

                                                    Dawn A. Moreno, Deputy Clerk